IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LOTT,<br>   Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY,<br>   Defendant. | CIVIL ACTION<br><br><br><br>NO. 18-4000 |

# O R D E R

**AND NOW**, this 19th day of October, 2020, upon consideration of Defendant Thomas Jefferson University's Motion for Summary Judgment (Document No. 17, filed November 25, 2019), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Document No. 23, filed January 6, 2020) and Defendant's Reply Brief in Support of its Motion for Summary Judgment (Document No. 27, filed January 16, 2020), for the reasons stated in the Memorandum dated October 16, 2020, **IT IS ORDERED** that Defendant Thomas Jefferson University's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will conduct a telephone conference to schedule all further proceedings in due course.

                    BY THE COURT:

                    /s/ Hon. Jan E. DuBois
                    _____
                     DuBOIS, JAN E., J.